742

District Attorney, with him *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth, Appellant, *v.* Santiago.

Argued September 16, 1971. *James D. Crawford,* Deputy District Attorney, with him *Peter S. Greenberg* and *Milton M. Stein,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellant; *Robert L. Katzenstein,* with him *Weinstein & Bobrin,* for appellee.

Order affirmed.

WRIGHT, P. J., and WATKINS, J., dissent.

## Commonwealth *v.* Santiago et al., Appellants.

Argued September 16, 1971. *David Weinstein,* with him *Weinstein & Bobrin,* for appellants; *Milton M. Stein,* Assistant District Attorney, with him *Steven R. Geroff,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.